**UNITED STATES of America, Plaintiff-Appellee,**

**v.**

**Demetrius HARRISON, Defendant-Appellant.**

**No. 16-7619**

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: May 10, 2017

Demetrius Harrison, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and MOTZ and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius Harrison appeals the district court's order denying his motion to reduce his sentence of imprisonment by nine months. Because the district court correctly concluded that it lacked the authority to grant Harrison's motion, we affirm. *See United States v. Goodwyn*, 596 F.3d 233, 235-36 (4th Cir. 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*